UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                              ORDER OF DISMISSAL
                                                    FOR
**Tronox Incorporated**                             FAILURE TO PROSECUTE
                                                    BANKRUPTCY APPEAL


-----------------------------------------------------X     21-CV-9510 JPC

FROM:  VITO GENNA, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:     RUBY J. KRAJICK, CLERK
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                       BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Irma Jones
BANKRUPTCY DOCUMENT #: 9558

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

      _X_  FRBP 8009
      ___ Federal Rules of Civil Procedure (Rule _____)
      _X_  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
      ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **June 28, 2022**                                       Vito Genna, Clerk
          New York, New York                      U.S. Bankruptcy Court, SDNY

                                                           By:    s/ Anatin Rouzeau
                                                                       Deputy Clerk

## ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____**June 28**_____ 20**22**
       New York, New York                                Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                Ruby J. Krajick , Clerk
                                                                         District Court, SDNY

                                                                          By: _____
                                                                             Deputy Clerk